

<table>
<tr><td>ZACHARY W. CARTER<br><i>Corporation Counsel</i></td><td align="center">THE CITY OF NEW YORK<br><b>LAW DEPARTMENT</b><br>100 CHURCH STREET<br>NEW YORK, NY 10007</td><td>RICHARD BAHRENBURG<br><i>Assistant Corporation Counsel</i><br>Phone: (212) 356-2338<br>Fax: (212) 356-3509<br>rbahrenb@law.nyc.gov</td></tr>
</table>

October 2, 2015

**BY ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:     <u>Anthony Torres v. Warden Hills, et al.</u>,
                        14 Civ. 7732 (AT) (JLC)

Your Honor:

        I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department, and am assigned to represent defendants Warden Hills, Captain Singletary, Correction Officer ("C.O.") La, C.O. Green, C.O. Holland, C.O. Barnett, C.O. Phillips, C.O. Feliciano, Captain Chmut (s/h/a "Captain Chubot"), C.O. Moss, C.O. Galan, and C.O. Arias (hereinafter referred to collectively as "Defendants") in the above-referenced matter. I write to respectfully notify the Court that the parties have agreed to settle this matter. The parties are in the process of preparing the necessary settlement paperwork, and will forward a Stipulation of Dismissal for the Court's endorsement as soon as possible.

        In light of the forgoing, Defendants respectfully request that the Status Conference currently scheduled for November 3, 2015, at 9:30 a.m., be adjourned *sine die*.

        Thank you for your consideration herein.

                                                    Respectfully submitted,
                                                      /s/
                                                     Richard Bahrenburg
                                                     Assistant Corporation Counsel
                                                     Special Federal Litigation Division

cc:     Anthony M. Torres
         *Pro se* plaintiff
         (*via first class mail*)