UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY M. TORRES,

                  Plaintiff,

-against-

BAILY WARDEN, SINGLETARY CAPTAIN, OTHER UNKNOWN CORRECTIONAL OFFICERS NAME: JOHN DOE, JOHNNY DOE, JANE DOE, THE UNIT SEARCH TEAM,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2015

14 Civ. 7732 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-captioned action be and is hereby dismissed and discontinued without costs and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: October 5, 2015
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge