To: Hon Judge James Cott
Magistrate Judge of the
United States District Court
Southern District of New York
500 Pearl Street, Rm # 200
New York, New York 10007

From: Anthony M. Torres
Elmira Correctional Facility
Box 500
Elmira, New York 14902.

Re: Torres v. Hills, et. al.
14 Civ. 7732 (AT)(JLC)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/16

Dear Hon. Judge Cott;

I am written to you sir, regard to the agreement settlement on October 16, 2015, which I signed the General Release and sent it to Mr. Richard Bahrenburg the Assistant Corporation Counsel of the Law Department, and I also sent him a letter about month and half. ago asking him the status on the settlement, he never at no time response back to me.

Your Hon. Mr. Cott, I am now asken you for any information about the

Page # 1.

Settlement agreement, because it has been over 98 days, I have not heard from no one regarding this matter.
 Please write back and let me know with is the status.

Very Truly Yours.
Anthony Torres

Thank you

Date: 2/4/2016

c.c. File
@Ans

ELMIRA CORRECTIONAL FACILITY
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Anthony M. Torres   DIN: 05A6202

ELMIRA
CORRECTIONAL

Elmira

Correctional Facility

FIRST-CLASS MAIL
neopost
01/08/2016
US POSTAGE $000.48⁵
ZIP 14901
041L11251115

Legal Mail *